**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 21, 2017

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _3/22/2017_

Via ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
New York, New York 10007
Fax: 212-805-7912

Re:   **United States v. Devis Leonel Rivera Maradiaga,**
      **13 Cr. 413 (JGK)**

Dear Judge Koeltl:

        The Government respectfully requests that the Court unseal: (i) the above-referenced Indictment, charging defendant Devis Leonel Rivera Maradiaga; (ii) Superseding Information S3 13 Cr. 413 (JGK), which also charges Rivera Maradiaga; (iii) all transcripts of proceedings involving Rivera Maradiaga; and (iv) any docket entries relating to Rivera Maradiaga's appearances before Your Honor in this matter.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

                        By:     _____
                                Emil J. Bove III
                                Matthew J. Laroche
                                Assistant United States Attorneys
                                (212) 637-2444

Cc:   Rene Sotorrio
      (Via ECF)

**APPLICATION GRANTED**
**SO ORDERED**

_____
John G. Koeltl, U.S.D.J.

3/22/17